# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| THE UNITE HERE NATIONAL RETIREMENT FUND, f/k/a THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION PENSION FUND, et al. v. ARAMARK EDUCATIONAL SERVICES, LLC, f/k/a ARAMARK EDUCATIONAL SERVICES, INC. | FILED: MAY 19, 2008<br>08 cv 2887    JH<br>JUDGE ST. EVE<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE UNITE HERE NATIONAL RETIREMENT FUND, f/k/a THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION PENSION FUND, et al., Plaintiffs herein

| | |
|---|---|
| **NAME** (Type or print)<br>Laura M. Finnegan | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Laura M. Finnegan | |
| **FIRM**<br>Baum Sigman Auerbach & Neuman, Ltd. | |
| **STREET ADDRESS**<br>200 W. Adams Street, Suite 2200 | |
| **CITY/STATE/ZIP**<br>Chicago, IL  60606-5231 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>6210637 | **TELEPHONE NUMBER**<br>312/236-4316 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |