## United States District Court for the Northern District of Illinois

Case Number: 08CV2887          Assigned/Issued By: DAJ

Judge Name: ST.EVE             Designated Magistrate Judge: MASON

---

### FEE INFORMATION

Amount Due:  ☑ $350.00    ☐ $39.00    ☐ $5.00
             ☐ IFP        ☐ No Fee    ☐ Other _____
             ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                        Receipt #: 2787513

Date Payment Rec'd: 05/19/08               Fiscal Clerk: DAJ

---

### ISSUANCES

☑ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____
                                           _____
☐ Citation to Discover Assets              (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_1_ Original and _0_ copies on _05/19/08_ as to _DEF._ _____
                                (Date)

C:\wpwin80\docket\feeinfo.frm      03/14/05