AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

THE UNITE HERE NATIONAL RETIREMENT FUND,
f/k/a THE HOTEL EMPLOYEES AND RESTAURANT
EMPLOYEES INTERNATIONAL UNION PENSION
FUND, et al.

CASE NUMBER:  08 cv 2887

V.

ASSIGNED JUDGE: JUDGE ST. EVE

ARAMARK EDUCATIONAL SERVICES,
LLC, a Delaware limited liability company, f/k/a
ARAMARK EDUCATIONAL SERVICES, INC.

DESIGNATED
MAGISTRATE JUDGE:  MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

Aramark Educational Services, LLC
c/o C T Corporation System, Registered Agent
208 S. LaSalle Street, Suite 814
Chicago, IL   60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laura M. Finnegan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL   60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within        Twenty (20)        days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

Jacqueline Holloman

**(By) DEPUTY CLERK**

**May 19, 2008**

**Date**



AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | May 19, 2008 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Eli B. Freiburg | Clerk/Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify):  Left copies with Dawn Schulz, Sr. Process Specialist for
CT Corporation System, Registered Agent for Aramark Educational
Services, LLC, 208 S. LaSalle Street, Chicago, IL  60604,
312/345-4336

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    May 19, 2008          _____
                    Date                    *Signature of Server*

                    200 W. Adams Street, Suite 2200,
                    Chicago, IL  60606-5231
                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.