IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND,** <br><br> **H.W. WARD,** as fiduciary of **THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE RUND,** <br><br> **THE UNITE HERE NATIONAL RETIREMENT FUND,** f/k/a **THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION PENSION FUND,** <br><br> **RICHARD N. RUST,** as fiduciary of **THE UNITE HERE NATIONAL RETIREMENT FUND,** <br><br>         **Plaintiffs,** <br> v. <br><br> **ARAMARK CORPORATION,** f/k/a **ARAMARK SERVICES, INC.,** <br><br>         **Defendant.** | **Case No.  08-cv-2887** <br><br> **Judge Amy J. St. Eve** <br><br> **Magistrate Judge Mason** |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant, ARAMARK Corporation ("Defendant"), by its attorneys, hereby requests the Court to grant it a thirty-day extension of time or until July 9, 2008 to file its answer or other responsive pleading to Plaintiffs' Complaint.  In support of its Motion, Defendant states as follows:

1-CH/214846.1

1. On May 19, 2008, Plaintiffs filed the instant Complaint with the Clerk of the Court and issued a summons as to Defendant.

2. On or about May 19, 2008, Defendant was served with the Complaint. Pursuant to Fed. R. Civ. P. 8, and according to the summons, the Answer to the Complaint is due within twenty days of service, or on June 9, 2008.

3. Counsel for Defendant, Shannon M. Callahan of Morgan Lewis & Bockius LLP was notified of service on or about May 22, 2008.

4. Counsel has not yet had time to investigate and evaluate the allegations in Plaintiffs' Complaint.

5. On June 3, 2008, counsel for Plaintiffs indicated that she does not oppose the instant motion for an extension of time.

6. Accordingly, Defendant requests thirty (30) days, up to and including July 9, 2008, to answer or otherwise plead to Plaintiffs' Complaint.

WHEREFORE, ARAMARK Corporation respectfully requests an extension of thirty days to answer or otherwise plead to Plaintiffs' Complaint, and requests such other and further relief as the Court deems appropriate.

          Respectfully submitted,

          ARAMARK CORPORATION


          By:  /s Shannon M. Callahan
          _____
          By Its Attorneys

Shannon M. Callahan
Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL 60601
Telephone: 312.324.1000
Facsimile: 312.324.1001
scallahan@morganlewis.com

Dated: June 3, 2008

**CERTIFICATE OF SERVICE**

I, Shannon M. Callahan, an attorney, certify that I served the foregoing Defendant's Unopposed Motion For An Extension of Time to Answer or Otherwise Plead by filing it electronically through the Court's CM/ECF system, which directed copies to:

Laura M. Finnegan
Baum Sigman Auerbach & Neuman, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
lmfinnegan@baumsigman.com

on this 3rd day of June, 2008.

/s/ Shannon M. Callahan

1-CH/214846.1