IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND,**<br><br>**H.W. WARD,** as fiduciary of **THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE RUND,**<br><br>**THE UNITE HERE NATIONAL RETIREMENT FUND,** f/k/a **THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION PENSION FUND,**<br><br>**RICHARD N. RUST,** as fiduciary of **THE UNITE HERE NATIONAL RETIREMENT FUND,**<br><br>           **Plaintiffs,**<br>    v.<br><br>**ARAMARK CORPORATION,** f/k/a **ARAMARK SERVICES, INC.,**<br><br>           **Defendant.** | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Case No.  08-cv-2887**<br><br>**Judge Amy J. St. Eve**<br><br>**Magistrate Judge Mason** |

## NOTICE OF MOTION

    To:    Laura M. Finnegan
               Baum Sigman Auerbach & Neuman, LTD.
               200 West Adams Street, Suite 2200
               Chicago, IL 60606-5231
               lmfinnegan@baumsigman.com

PLEASE TAKE NOTICE that on Monday, June 9, 2008 at 8:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge St. Eve or any other Judge sitting in his place in the courtroom usually occupied by her in Room 1214 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached Unopposed Motion for Extension of Time to Answer or Otherwise Plead.

    Respectfully submitted,

    ARAMARK CORPORATION

    By:  /s Shannon M. Callahan

    By Its Attorneys

Shannon M. Callahan
Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL  60601
Telephone: 312.324.1000
Facsimile: 312.324.1001
scallahan@morganlewis.com

Dated: June 3, 2008

1-CH/214846.1

## **CERTIFICATE OF SERVICE**

I, Shannon M. Callahan, an attorney, certify that I served the foregoing Defendant's Notice of Motion for the Unopposed Motion For An Extension of Time to Answer or Otherwise Plead by filing it electronically through the Court's CM/ECF system, which directed copies to:

Laura M. Finnegan
Baum Sigman Auerbach & Neuman, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
lmfinnegan@baumsigman.com

on this 3rd day of June, 2008.

/s/ Shannon M. Callahan

1-CH/214846.1