**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

The Unite Here National Retirement Fund, et al.

               Plaintiff,

v.                     Case No.: 1:08−cv−02887
                     Honorable Amy J. St. Eve

Aramark Educational Servies, LLC

               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

   MINUTE entry before the Honorable Amy J. St. Eve: Defendant's Unopposed Motion for an Extension of Time [11] is granted. Defendant is given until 7/9/08 in which to answer or otherwise plead. Initial status hearing set for 6/26/08 is stricken and reset to 7/16/08 at 8:30 a.m. No appearance is required on the noticed motion date of 6/9/08. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.