IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE UNITE HERE NATIONAL RETIREMENT FUND, f/k/a THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION PENSION FUND,<br><br>RICHARD N. RUST, as fiduciary of THE UNITE HERE NATIONAL RETIREMENT FUND,<br><br>     Plaintiffs,<br><br> vs.<br><br>ARAMARK EDUCATIONAL SERVICES, LLC, a Delaware limited liability company, f/k/a ARAMARK EDUCATIONAL SERVICES, INC.,<br><br>     Defendant. | CASE NO. 08 CV 2887<br><br>JUDGE ST. EVE<br><br>MAGISTRATE JUDGE MASON |

**NOTICE OF MOTION**

  To: Laura M. Finnegan
     Baum Sigman Auerbach & Neuman, LTD.
     200 West Adams Street, Suite 2200
     Chicago, IL 60606-5231
     lmfinnegan@baumsigman.com

  PLEASE TAKE NOTICE that on Wednesday, July 9, 2008 at 8:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge St. Eve or any other Judge sitting in her place in the courtroom usually occupied by her in Room 1241 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Defendant's Motion To Stay Proceedings Pending

1-CH/216624.1

Resolution Of Defendant's Motion To Reassign And Consolidate Before Judge Kendall Or, In The Alternative, For An Extension Of Time To Answer Or Otherwise Plead.

|  |  |
|---|---|
| Dated: July 2, 2008 | Respectfully submitted,<br><br>ARAMARK EDUCATIONAL SERVICES, LLC, f/k/a ARAMARK EDUCATIONAL SERVICES, INC.,<br><br>By:　/s/　Stephanie L. Sweitzer<br>　　　One of Its Attorneys |

Thomas F. Hurka
Stephanie L. Sweitzer
MORGAN, LEWIS & BOCKIUS LLP
77 W. Wacker Drive, Fifth Floor
Chicago, IL  60601
Tel.:　312.324.1000
Fax:　312.324.1001
thurka@morganlewis.com
ssweitzer@morganlewis.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing Notice of Motion was served via the Court's CM/ECF (Electronic Case Filing) System on:

>Laura M. Finnegan
>Attorney for the Plaintiffs
>BAUM SIGMAN AUERBACH &
>  NEUMAN, LTD.
>200 West Adams Street, Suite 2200
>Chicago, IL  60606-5231
>lmfinnegan@baumsigman.com

on July 2, 2008.

/s/  Stephanie L. Sweitzer

1-CH/216624.1                                1