IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE UNITE HERE NATIONAL RETIREMENT FUND, f/k/a THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION PENSION FUND,<br><br>RICHARD N. RUST, as fiduciary of THE UNITE HERE NATIONAL RETIREMENT FUND,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ARAMARK EDUCATIONAL SERVICES, LLC, a Delaware limited liability company, f/k/a ARAMARK EDUCATIONAL SERVICES, INC.,<br><br>    Defendant. | CASE NO. 08 CV 2887<br><br>JUDGE ST. EVE<br><br>MAGISTRATE JUDGE MASON |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and N.D. Ill. Local Rule 3.2, Defendant, ARAMARK Campus, LLC ("ARAMARK"), improperly named in Plaintiff's Complaint as ARAMARK Educational Services, LLC, f/k/a ARAMARK Educational Services, Inc., by its attorneys, states as follows:

1. ARAMARK Campus, LLC is a wholly-owned subsidiary of ARAMARK Educational Services, LLC.

2. ARAMARK Educational Services, LLC is a wholly-owned subsidiary of ARAMARK Educational Group, LLC.

DB1/61986786.1

3. ARAMARK Educational Group, LLC is a wholly-owned subsidiary of ARAMARK Corporation.

4. ARAMARK Intermediate Holdco Corporation owns one hundred percent (100%) of ARAMARK Corporation.

5. ARAMARK Holdings Corporation owns one hundred percent (100%) of ARAMARK Intermediate Holdco Corporation.

6. The following entities own an equity interest of ten percent (10%) or more in ARAMARK Holdings Corporation:

    (a)    investment funds associated with GS Capital Partners;

    (b)    investment funds associated with J.P. Morgan Partners;

    (c)    investment funds associated with CCMP Capital Investors;

    (d)    investment funds associated with Thomas H. Lee Partners; and

    (e)    investment funds associated with Warburg Pincus LLC

Dated: July 16, 2008　　　　　　　　　　　　　　Respectfully submitted,

ARAMARK CAMPUS, LLC

By:   /s/ Stephanie L. Sweitzer
      One of Its Attorneys

Thomas F. Hurka
Stephanie L. Sweitzer
MORGAN, LEWIS & BOCKIUS LLP
77 W. Wacker Drive, Fifth Floor
Chicago, IL  60601
Tel.:   312.324.1000
Fax:   312.324.1001
thurka@morganlewis.com
ssweitzer@morganlewis.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing Defendant's Corporate Disclosure Statement was served via the Court's CM/ECF (Electronic Case Filing) System on:

>Laura M. Finnegan
>Attorney for the Plaintiffs
>BAUM SIGMAN AUERBACH &
>  NEUMAN, LTD.
>200 West Adams Street, Suite 2200
>Chicago, IL  60606-5231
>lmfinnegan@baumsigman.com

on July 16, 2008.

/s/  Stephanie L. Sweitzer