# United States District Court
# Northern District of Illinois

MHN

In the Matter of

THE UNITE HERE NATIONAL RETIREMENT  et al

v.

ARAMARK EDUCATIONAL SERVICES

Case No. 08 C 2887

Designated Magistrate Judge
Michael T. Mason

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Amy St. Eve** to be related to **08 C 2883** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Virginia M. Kendall

Dated: July 28, 2008

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Virginia M. Kendall**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: JUL 3 0 2008

Finding of Relatedness  (Rev. 9/99)