## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

The Unite Here National Retirement Fund, et al.
                                          Plaintiff,

v.                                                    Case No.:
                                                    1:08−cv−02887
                                                    Honorable Virginia
                                                    M. Kendall

Aramark Educational Servies, LLC
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 1, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Defendant's motion to reassign and consolidate [16] is granted. Cases 08 C 2887 and 08 C 2938 are hereby consolidated for all purposes with this action. Any stays previously entered are no longer in effect. All previously set dates are vacated. All pleadings are to be filed in 08 C 2883. Plaintiffs are directed to file and serve a consolidated amended complaint by 8/12/2008. Defendants are given to 9/2/2008 to answer or otherwise plead to the consolidated amended complaint. Status hearing is set for 8/27/2008 at 9:00 am. Joint Status Report due by 8/22/2008. (See Judge Kendall's web page found at www.ilnd.uscourts.gov for information about status reports). The parties are to report on the following: (1) Possibility of settlement in the case; (2) If no possibility of settlement exists, the nature and length of discovery necessary to get the case ready for trial. Plaintiff is to advise all other parties of the Court's action herein. Lead counsel is directed to appear at this status hearing. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.